BEATRICE NELSON, Individually and as Executrix, etc., of CHARLES W. NELSON, Deceased, Respondent, v. NAHTEL CORPORATION, Appellant, Impleaded with

Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.